PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

| DOCKET NUMBER *(Tran. Court)* |
|---|
| 2:11CR00311 |

| DOCKET NUMBER *(Rec. Court)* |
|---|
| |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Patrick Raul Montalvo<br>7855 Cowles Mountain Court A-7<br>San Diego, CA 92119 | Nevada | U.S. Probation Office |

| | NAME OF SENTENCING JUDGE |
|---|---|
| | Gloria M. Navarro |

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | June 3, 2015 | June 2, 2018 |

**OFFENSE**

On April 26, 2012, Mr. Montalvo was sentenced by U.S. District Judge Gloria M. Navarro to 51 months custody followed by 3 years' supervised release for Bank Robbery in violation of 18 U.S.C. § 2 §§ 2113(a), Class C felonies. He released from custody on June 3, 2015, and began his supervised release in the Southern District of California.

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF ___Nevada___

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the  Southern District of California.  upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

February 19, 2016
_____
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___Southern___ DISTRICT OF ___California___

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____
Effective Date

_____
United States District Judge

UNITED STATES PROBATION OFFICE
DISTRICT OF NEVADA
MEMORANDUM

RE: Patrick Raul Montalvo

Case No.: 2:11CR00311

### SUPERVISION REPORT
### REQUESTING TRANSFER OF JUSDICTION

February 8, 2016

TO: The Honorable Judge Gloria M. Navaro
    Chief U.S. District Judge

On April 26, 2012, Mr. Montalvo was sentenced by your honor to 51 months custody followed by 3 years' supervised release for Bank Robbery (two counts please see J&C) in violation of 18 U.S.C. § 2 §§ 2113(a), Class C felonies. He was released from custody on June 3, 2015, and began his term of supervised release in the Southern District of California.

During Mr. Montalvo's initial assessment period, he admitted to having used methamphetamine (10/6/2015), failed to report for drug testing (8/19/2015 and 9/29/2015), failed to participate in CBT (9/14/2015, 10/5/2015, 10/12/2015, 10/14/2015), and failed to participate in MH treatment (10/7/2015). All noncompliance has been addressed with the offender and on November 23, 2015 he voluntarily entered a long-term inpatient drug treatment program.

Mr. Montalvo has no significant ties to the District of Nevada and expects to remain in the Southern District of California for the remainder of supervised release.

We have attached the appropriate form 22 transfer

If your Honor has any questions or comments, the undersigned will be available at the Court's convenience.

Respectfully submitted,

s.ytimg.com
2016.02.12 13:52:24
-08'00'

J. Patrick Sumansky
United States Probation Officer

Approved:

Robert G. Aquino
2016.02.12 12:15:19 -08'00'

Robert Aquino
Supervisory United States Probation Officer